# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. LASHER,<br><br>             Petitioner,<br><br>     v.<br><br>STATE OF CALIFORNIA, FRESNO,<br><br>             Respondent. | Case No. 1:14-cv-00465-SMS<br><br>ORDER DISMISSING PETITION WITH LEAVE TO AMEND |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus. Using a form from the Judicial Council of California,[1] he protests that he is being held in Fresno County Jail "for an excessive amount of time on [an] out of state warrant." The Court construes the petition as proceeding under 28 U.S.C. 2241, as it challenges state custody not imposed by a court judgment. *See Stow v. Murashige*, 389 F.3d 880, 886-88 (9th Cir. 2004).

Federal courts do not entertain habeas corpus challenges to state court proceedings under section 2241 until habeas petitioners have exhausted state avenues for raising federal claim. *Carden v. State of Mont.*, 626 F.2d 82, 83 (9th Cir. 1980). Petitioner alleges that "there are no administrative remedies for this situation," and that "situation must be remedied federally as state refuses to do so at this time." However, he gives no indication of efforts he has taken to have his case expedited or dismissed within the state court system.

---

[1] A copy of AO 242, petition for writ of habeas corpus under 28 U.S.C. § 2241, is available at http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO242.pdf.

1

**CONCLUSION**

1) The petition is dismissed, with leave to amend, for failure to exhaust state remedies.

2) The Clerk's Office shall send Petitioner a copy of this order and a form for Petition for Habeas Corpus under 28 U.S.C. § 2241.

3) Within thirty (30) days of service of this order, Plaintiff may file an amended petition. If Plaintiff fails to file an amended petition, the action may be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **April 9, 2014**                              **/s/ Sandra M. Snyder**
                                                                           UNITED STATES MAGISTRATE JUDGE