# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. LASHER,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, FRESNO,<br><br>    Respondent. | Case No. 1:14-cv-00465-SMS HC<br><br>ORDER DISMISSING CASE FOR<br>FAILURE TO PROSECUTE |

On January 30, 2014, Petitioner Zane Hubbard, a county jail prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for writ of habeas corpus. On April 9, 2014, the Court dismissed the original petition with leave to amend.

On April 9, 2013, the order, which was mailed to Plaintiff, was returned to the Clerk of Court as undeliverable following Plaintiff's release from prison. Local Rule 183 provides that "[i]f mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such Plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Plaintiff having failed to advise the Court and opposing parties of a current address for over sixty-three days, the Court hereby ORDERS that this case be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

    Dated:  **June 17, 2014**                  **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE